UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00446

**Rodrick Elliott,**
*Plaintiff,*

v.

**Maxey Cerliano,**
*Defendant.*

### ORDER

Plaintiff Rodrick Elliott, proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 17) concluding that plaintiff's complaint should be dismissed with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). No objections were filed.

When there have been no timely objections filed to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). Any pending motions are denied.

*So ordered by the court on July 6, 2022.*

J. Campbell Barker
United States District Judge